# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 8, 2013

## NO. 03-12-00072-CV

**Chris Traylor, Commissioner, Texas Department of Aging and Disability Services; The Texas Department of Aging and Disability Services; Thomas Suehs, Executive Commissioner of The Texas Health and Human Services Commission; and Texas Health and Human Services Commission, Appellants**

v.

**Oakview Healthcare Residence, Ltd., d/b/a Oakview Healthcare Residence, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND DISMISSED IN PART --
OPINION BY JUSTICE GOODWIN**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment pertaining to the denial of the plea to the jurisdiction as to the sovereign immunity of the Texas Health and Human Services Commission (HHSC); and Thomas Suehs, Executive Commissioner of the Texas Health and Human Services Commission (Suehs): it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the judgment denying the plea to the jurisdiction as to the sovereign immunity of HHSC and Suehs is reversed and that these claims are dismissed for lack of subject-matter jurisdiction; the judgment in all other respects is affirmed, in accordance with our opinion. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.